UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

TAYUAN A. CHISM, SR.,

    Plaintiff,

    v.   CAUSE NO. 3:25-CV-1048-TLS-JEM

CENTURION,

    Defendant.

**OPINION AND ORDER**

Tayuan A. Chism, Sr., a prisoner without a lawyer, filed a complaint alleging treatment for a broken tooth was delayed at the Miami Correctional Facility. ECF 1. "A document filed *pro se* is to be liberally construed, and a *pro se* complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers." *Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (cleaned up). Nevertheless, under 28 U.S.C. § 1915A, the court must review the merits of a prisoner complaint and dismiss it if the action is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.

Chism alleges he broke a tooth in October, but was not treated until November 25, 2025. He alleges he should have then received pain medication and antibiotics, but did not receive them until December 8, 2025. The only defendant he sues is Centurion, the healthcare provider at the Miami Correctional Facility. A private company performing a State function can be held liable to the same extent as a municipal entity under *Monell v. Dep't of Soc. Servs. of City of New York*, 436 U.S. 658 (1978). *Rice v. Corr. Med. Servs.*, 675 F.3d 650, 675 (7th Cir. 2012). However, corporate "liability exists only when execution of a [corporation's] policy or custom . .

. inflicts the injury." *Calhoun v. Ramsey*, 408 F.3d 375, 379 (7th Cir. 2005) (quotation marks omitted). This complaint makes no mention of a policy or custom and there is no indication that his treatment was delayed by a policy or custom.

This complaint does not state a claim for which relief can be granted. If Chism believes he can state a claim based on (and consistent with) the events described in this complaint, he may file an amended complaint because "[t]he usual standard in civil cases is to allow defective pleadings to be corrected, especially in early stages, at least where amendment would not be futile." *Abu-Shawish v. United States*, 898 F.3d 726, 738 (7th Cir. 2018). To file an amended complaint, he needs to write this cause number on a **Pro Se 14 (INND Rev. 2/20) Prisoner Complaint** form which is available from his law library. He needs to write the word "Amended" on the first page above the title "Prisoner Complaint" and send it to the court after he properly completes the form.

For these reasons, the court:

(1) GRANTS Tayuan A. Chism, Sr. until **January 22, 2026**, to file an amended complaint; and

(2) CAUTIONS Tayuan A. Chism, Sr. if he does not respond by the deadline, this case will be dismissed under 28 U.S.C. § 1915A without further notice because the current complaint does not state a claim for which relief can be granted.

SO ORDERED on December 22, 2025.

                                                      s/ Theresa L. Springmann
                                                    JUDGE THERESA L. SPRINGMANN
                                                    UNITED STATES DISTRICT COURT